## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH DOBIE | No. |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Aggravated Identity Theft)

Beginning on about March 21, 2023, and continuing through June 6, 2025, in the District of Maine, the defendant,

## JOSEPH DOBIE

did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), specifically, False Statements Relating to Health Care Matters, in violation of Title 18, United States Code, Section 1035(a)(1), as alleged in Count Two of this Information, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

### COUNT TWO
### (False Statements Relating to Health Care Matters)

Beginning on about March 21, 2023, and continuing through June 6, 2025, in the District of Maine, the defendant,

1

**JOSEPH DOBIE**

knowingly and willfully falsified, concealed, and covered up by a trick, scheme, and device a material fact, namely his true identity, in connection with the delivery of health care benefits, items, and services involving Medicaid and MaineCare, a health care benefit program as defined in Title 18, United States Code, Section 24(b).

All in violation of Title 18, United States Code, Section 1035(a)(1).

## COUNT THREE
### (Unlawful Use, Transfer, Acquisition, Alteration, and Possession of SNAP Benefits)

Beginning on about March 21, 2023, and continuing through June 6, 2025, in the District of Maine and elsewhere, the defendant,

**JOSEPH DOBIE**

did knowingly and unlawfully acquire, possess, and use Supplemental Nutrition Assistance Program (SNAP) benefits, the value of said benefits being greater than $5,000, in a manner contrary to the provisions of Title 7, United States Code, Chapter 51, and the regulations issued pursuant thereto.

All in violation of Title 7, United States Code, Section 2024.

Date:  January 22, 2026                                       Andew B. Benson
                                                              United States Attorney

                                                              **/s/ _Nicholas M. Scott_**
                                                              Nicholas M. Scott
                                                              Assistant United States Attorney